| | |
|---|---|
| 1 | **LAW OFFICE OF JENNIFER B. SIVERTS** |
|   | Jennifer B. Siverts (SBN 247060) |
| 2 | Jennifer@jbsmlaw.com |
|   | Adam M. Kent (SBN 270855) |
| 3 | akent@jbsmlaw.com |
|   | 4455 Morena Blvd., Ste 213 |
| 4 | San Diego, California 92117 |
|   | Telephone: (858) 272-5800 |
| 5 | Facsimile:  (858) 272-2874 |
| 6 | Attorneys for Plaintiff |
|   | RAFAEL LACERNA |
| 7 | |
| 8 | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|   | JOHN L. BARBER, SB#160317 |
| 9 |  E-Mail: John.Barber@lewisbrisbois.com |
|   | KERI LYNN BUSH, SB# 158785 |
| 10 |  E-Mail: Keri.Bush@lewisbrisbois.com |
|   | 650 Town Center Drive, Suite 1400 |
| 11 | Costa Mesa, California 92626 |
|   | Telephone: (714) 545-9200 |
| 12 | Facsimile:  (714) 850-1030 |
| 13 | Attorneys for Defendant |
|   | PRECISION ENGINE CONTROLS CORPORATION |
| 14 | dba MEGGITT CONTROL SYSTEMS (erroneously sued and served as PRECISION ENGINE CONTROLS CORPORATION) |
| 15 | |
| 16 | *[Additional counsel listed on following page]* |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RAFAEL LACERNA, an individual; | ) | **Case No.: 3:18-cv-00554-L (BLM)** |
|  | ) | |
| Plaintiff, | ) | **JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** |
|  | ) | |
| v. | ) | |
|  | ) | **Fed. R. Civ. P. 41** |
| UNITED TECHNOLOGIES CORPORATION, a corporation, PRECISION ENGINE CONTROLS CORPORATION, a corporation; MEGGITT (SAN DIEGO), INC. a corporation; MEGGITT HOLDINGS (CALIFORNIA), | ) ) ) ) ) ) | |

**SEYFARTH SHAW LLP**
Jonathan L. Brophy (SBN 245223)
jbrophy@seyfarth.com
Haven L. Claytor (SBN 279058)
hclaytor@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendant
UNITED TECHNOLOGIES CORPORATION

2

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

IT IS HEREBY STIPULATED by and between Plaintiff RAFAEL LACERNA ("Plaintiff") on the one hand and Defendants UNITED TECHNOLOGIES CORPORATION, and PRECISION ENGINE CONTROLS CORPORATION, ("Defendants") on the other, by and through their respective counsel of record, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action on file with the above-entitled Court in Case No. 3:18-CV-00554-L (BLM), and all claims asserted by Plaintiff against Defendants therein, is voluntarily dismissed with prejudice in its entirety against Defendants, with each party to bear their own attorneys' fees and costs. The parties will lodge a proposed order to that effect.

IT IS SO STIPULATED.

Dated: June 22, 2018

*s/ Adam M. Kent*
JENNIFER B. SIVERTS
ADAM M. KENT
LAW OFFICES OF JENNIFER B. SIVERTS
Attorneys for Plaintiff
RAFAEL LACERNA

Dated: June 22, 2018

*s/ Keri Lynn Bush*
JOHN L. BARBER
KERI LYNN BUSH
LEWIS BRISBOIS BISGAARD & SMITH, LLP
Attorneys for Defendant
PRECISION ENGINE CONTROLS CORPORATION dba MEGGIT CONTROL SYSTEMS

Dated:   June 22, 2018

         *s/ Jonathan L. Brophy*
         JONATHAN L. BROPHY
         HAVEN L. CLAYTOR
         SEYFARTH SHAW LLP
         Attorneys for Defendant
         UNITED TECHNOLOGIES CORPORATION

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Keri Bush, counsel for Precision Engine Controls Corporation, and Adam Kent, counsel for Rafael Lacerna, and that I have obtained Ms. Bush's and Mr. Kent's authorization to affix their electronic signatures to this document.

DATED:  June 22, 2018        SEYFARTH SHAW LLP

            */s/ Jonathan L. Brophy*
            JONATHAN L. BROPHY

4

Stipulation of Dismissal                   Lacerna v. UTC, et. al.