# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL LACERNA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>UNITED TECHNOLOGIES CORPORATION, a corporation, PRECISION ENGINE CONTROLS CORPORATION, a corporation; MEGGITT (SAN DIEGO), INC. a corporation; MEGGITT HOLDINGS (CALIFORNIA), | **Case No.: 3:18-cv-00554-L (BLM)**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Fed. R. Civ. P. 41**<br><br>Case Filed:  November 1, 2017<br>Removed:     March 16, 2018 |

The parties' joint motion to dismiss is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a), this action is **DISMISSED WITH PREJUDICE**. The parties shall each bear their own costs and attorneys' fees.

**IT IS SO ORDERED**.

Dated:  June 25, 2018

_____
Hon. M. James Lorenz
United States District Judge

Order of Dismissal with Prejudice                                                                 Lacerna v. UTC, et. al.